IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT BORGIA, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 14-3149 |
| | : | |
| STATE FARM MUTUAL | : | |
| AUTOMOBILE INSURANCE | : | |
| COMPANY | : | |

# **ORDER**

AND NOW, this 3rd day of September, 2014, upon consideration of the parties' submissions regarding the discovery disputes in this case, after *in camera* review of the disputed materials, and for the reasons set forth in the accompanying Memorandum, it is ORDERED Plaintiffs' August 14, 2014, letter request to compel Defendant State Farm Mutual Automobile Insurance Company to produce documents redacted or withheld based on the work product doctrine is GRANTED in part and DENIED in part without prejudice. The request is GRANTED insofar as Plaintiffs seek production of materials prepared or obtained before November 21, 2013. The request is DENIED without prejudice as to materials prepared or obtained on or after November 21, 2013. State Farm shall immediately produce to Plaintiffs unredacted versions of the documents bearing the following Bates numbers: 64, 65, 71-74, 84-92, 100, 105, 136 (except for 11/21/13 entry), 140-142, 147, 151, 154-155, 158, 162, 170, 217-219, 288-291. State Farm shall also produce unredacted versions of undated documents bearing Bates numbers 31 ("Liability" section) and 52 (reserve amounts) unless State Farm has a reasonable, good faith basis to conclude the redacted information was not generated until November 21, 2013, or later.

BY THE COURT:


   /s/ Juan R. Sánchez
Juan R. Sánchez, J.